**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-30341 |
| Plaintiff - Appellee, | D.C. No. 3:03-cr-00370-KI |
| v. | |
| MARSHALL CHARLES RICHMOND, a.k.a. Marshall Charles Richmond, III, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Garr M. King, District Judge, Presiding

Submitted August 13, 2014[**]

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

Marshall Charles Richmond appeals from the revocation of supervised

release and the 24-month sentence imposed upon revocation. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Richmond's counsel has filed a brief stating that

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. Richmond has filed two pro se supplemental briefs. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

All other pending motions are denied as moot.

**AFFIRMED.**